UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                  Case Number: 12-25861 ABA

Debtor: Ashley A. & Sabrina R. Forrest

| Check Number | Creditor | Amount |
|---|---|---|
| 1861493 | Caliber Home Loans, Inc. | 1995.81 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  October 10, 2014